National Builders Bank of Chicago, Administrator of Estate of Julia Goldberg, Deceased, and Valerie Winnick, Appellants, v. Kaspar American State Bank, Appellee.

Gen. No. 41,932.

128

Heard in first division, first district, this court at October term, 1941; opinion filed June 1, 1942; rehearing denied June 16, 1942. Irving G. Zazove, for appellants; Hinshaw & Culbertson, for appellee; Oswell G. Treadway, of counsel. Opinion by PRESIDING JUSTICE McSURELY. "Not to be published in full."